# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| JOHANNA WATTS-SMITH, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action Number: |
| | § | 2:11-cv-716-PWG |
| PARNELL & CRUM, P.A., | § | |
| | § | |
| Defendant. | § | |
| | § | |

## STATUS REPORT REGARDING SETTLEMENT

Plaintiff, JOHANNA WATTS-SMITH ("Plaintiff"), through counsel, respectfully submit this instant Status Report on Settlement. On May 6, 2011, Defendant, PARNELL & CRUM, P.A. ("Defendant"), filed a Notice of Settlement in this case. *See* Document No. 3. On May 9, 2011, this Honorable Court issued an Order requiring Plaintiff to file a stipulation of dismissal or a status report on settlement. *See* Document No. 4. At this time, the parties are in the process of finalizing settlement. Accordingly, Plaintiff respectfully requests an additional forty-five (45) days to finalize settlement and file a final stipulation of dismissal by July 18, 2011.

Dated: June 3, 2011                    RESPECTFULLY SUBMITTED,

                              By:    /s/ M. Brandon Walker

                                     M. Brandon Walker, Esquire
                                     ASB: 7482-H62W
                                     1120 Lanier Drive
                                     Bessemer AL 35022
                                     Tel: (205) 306-4594
                                     E-mail: brandonwalker014@gmail.com
                                     Attorneys for Plaintiff,
                                     JOHANNA WATTS-SMITH

**CERTIFICATE OF SERVICE**

  I, M. Brandon Walker, hereby certify that on June 3, 2011, I electronically filed the foregoing with the Clerk of the District Court using the CM/ECF system, which will send notification of such filing to all counsel of record, including:

Jason B Patrick
PARNELL & CRUM PLC
641 South Lawrence Street
P O Box 2189
Montgomery, AL 36102
Tel: 334-832-4200
Fax: 334-293-3550
Email: jpatrick@parnellcrum.com

           /s/ M. Brandon Walker

           M. Brandon Walker, Esquire
           ASB: 7482-H62W
           1120 Lanier Drive
           Bessemer AL 35022
           Tel: (205) 306-4594
           E-mail: brandonwalker014@gmail.com
           Attorneys for Plaintiff,
           JOHANNA WATTS-SMITH