IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JOHANNA WATTS-SMITH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:11-cv-716-PWG |
| | ) |
| PARNELL & CRUM, P.A., | ) |
| | ) |
| Defendant. | ) |

O R D E R

Counsel for plaintiff Johanna Watts-Smith has filed a Notice of Voluntary Dismissal.

Pursuant to Rule 41(a)(1)(A), *Federal Rules of Civil Procedure*, it is **ORDERE**D that this action is **DISMISSED WITH PREJUDICE**.  The clerk is **DIRECTED** to close this file.

As to the foregoing it is **SO ORDERED** this the 23rd day of June, 2011.

_____
SHARON  LOVELACE  BLACKBURN
CHIEF UNITED STATES DISTRICT JUDGE